# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 29 MAL 2023
                                 :
            Respondent           :
                                 :
                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court
        v.                       :
                                 :
                                 :
MARIO CASANOVA-LANZO,            :
                                 :
            Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.